UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-23338-KMW

HOWARD COHAN,

Plaintiff,

vs.

HATEM BROTHERS INC,
a Florida Profit Corporation,
d/b/a HURRICANE GRILL
& WINGS OF KENDALL,

Defendant(s).
_______________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, HATEM BROTHERS INC, a Florida Profit Corporation, d/b/a HURRICANE GRILL & WINGS OF KENDALL (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against HATEM BROTHERS INC, a Florida Profit Corporation, d/b/a HURRICANE GRILL & WINGS OF KENDALL; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

Respectfully submitted: July 28, 2025.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: rachel@sconzolawoffice.com
*Attorney for Plaintiff*

By: **/s/ Alian M. Perez**
Alian M. Perez, Esq.
Florida Bar No. 36340
Ocean Bank Building
10950 N. Kendall Drive, Second Floor
Miami, Florida 33176
Phone: 786-528-5288
Facsimile: 305-421-0481
Primary Email: efilings@yourlegalarmor.com
Secondary Email: aperez@yourlegalarmor.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**